UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                        ORDER ACCEPTING PLEA ALLOCUTION

                        S1 08 Cr. 490 (SCR)

v.

Fernando Garcia-Ortuno,

---

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated April 15, 2009, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: *May 25, 2009*

SO ORDERED:

*[signature]*

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED